# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160843-4(85)(87)(88)(90)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS/UNEMPLOYMENT
INSURANCE AGENCY,
          Appellee,

v

FRANK LUCENTE,
          Claimant-Appellant,
and

DART PROPERTIES II, LLC,
          Employer-Appellee.

_____

SC: 160843
COA: 342080
Macomb CC: 2017-000125-AE

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS/UNEMPLOYMENT
INSURANCE AGENCY,
          Appellee,

v

MICHAEL HERZOG,
          Claimant-Appellant,
and

CUSTOM FORM, INC.,
          Employer-Appellee.

_____/

SC: 160844
COA: 345074
Wayne CC:  18-003162-AE

On order of the Chief Justice, the separate motions of (1) the Michigan League for Public Policy, Legal Services Association of Michigan, and Michigan State Planning Body, (2) Andrew Augustine, (3) Justin Chace, Joyce Crawford, Clarence Taylor, Edythe Ford, Kathryn Powers, Andrew Huff, and William Howland, and (4) the Center for Civil Justice to file briefs amicus curiae are GRANTED. The amicus briefs submitted to this Court are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____
December 16, 2020



Clerk